UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M. Y.G., | No. 1:25-cv-01942-DJC-CSK |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

On December 29, 2025, the Court granted Petitioner's Motion for Temporary Restraining Order and ordered Respondents to show cause, in writing, as to why it should not issue a preliminary injunction on the same terms as the Temporary Restraining Order.  (ECF No. 12.)  Respondents filed a response (ECF No. 13), and Petitioner filed a reply (ECF No. 14).  The response filed by Respondents includes only one sentence with some attached citations: "Respondents oppose the granting of a preliminary injunction on the same grounds as they opposed the granting of a temporary restraining order."  (ECF No. 13.)

////

////

////

1

In light of Respondents' limited opposition which does not raise any new factual allegations or legal argument, IT IS HEREBY ORDERED that:

1. A Preliminary Injunction shall issue on the same terms set forth in the Temporary Restraining Order (ECF No. 12).
2. Having released Petitioner as required by the Temporary Restraining Order, Respondents shall not impose any additional restrictions on him, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing.
3. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating his arrest and detention, and a timely hearing. At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have his counsel present.
4. This Order shall remain in effect until the resolution of this action or until otherwise ordered by the Court.
5. This matter is referred to the assigned Magistrate Judge for all further proceedings.

IT IS SO ORDERED.

Dated:  **January 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE