UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M. Y.G., | No. 1:25-cv-1942 DJC CSK |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner, proceeding through counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. On December 29, 2025, the district court granted petitioner's motion for temporary restraining order and ordered petitioner's immediate release. (ECF No. 12 at 3.) In addition, the district court stayed the merits of this matter pending the Ninth Circuit's decision in the appeal of Rodriguez v. Bostock, No. 25-6842 (9th Cir.). (Id. at 4.) On January 14, 2026, the district court issued a preliminary injunction and referred this matter to the undersigned for all further proceedings. (ECF No. 15.)

In light of the district court's order staying the merits of this action, the Clerk of the Court is directed to administratively close this action. Within thirty days from the Ninth Circuit's decision in Rodriguez v. Bostock, No. 25-6842 (9th Cir.), the parties shall file a joint status report advising whether additional briefing is required, along with a request to lift the stay.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action is stayed pending the decision in <u>Rodriguez v. Bostock</u>, No. 25-6842 (9th Cir.).

2. Within thirty days from the Ninth Circuit's decision in <u>Rodriguez v. Bostock</u>, No. 25-6842 (9th Cir.), the parties shall file a joint status report advising whether additional briefing is required, along with a request to lift the stay.

3. The Clerk of the Court is directed to administratively close this case.

Dated:  January 28, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cmyg1942.sty.imm

2